**Electronically Filed
Intermediate Court of Appeals
CAAP-13-0000043
09-APR-2013
10:46 AM**

NO. CAAP-13-0000043

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

RODNEY Y. SATO, Plaintiff-Appellee,
v.
WAHIAWA-CENTRAL OAHU HEALTH CENTER, INC., a Hawaii non-profit
corporation, et al., Defendants-Appellees,
and
JOHN DOES 1-10, JANE DOES 1-10, DOE ENTITIES, Defendants,
and
PETER T. STONE, Real Party in Interest-Appellant

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 09-1-1087)

ORDER APPROVING THE MARCH 20, 2013
STIPULATION OF VOLUNTARY DISMISSAL OF APPEAL
(By: Nakamura, C.J., Foley and Ginoza, JJ.)

Upon consideration of the "Stipulation of Voluntary

Dismissal of Appeal," filed on March 20, 2013, by Real Party in

Interest-Appellant Peter T. Stone, and the records and files

herein, it appears that counsel for all interested parties signed

the stipulation, there are no outstanding fees due the court, the

interested parties agree to bear their own appellate costs and attorneys' fees, and the stipulation complies with Hawaii Rules of Appellate Procedure Rule 42.  Therefore,

IT IS HEREBY ORDERED that the stipulation to dismiss the appeal is approved and the appeal is dismissed.  The parties shall bear their own appellate costs and attorneys' fees.

DATED: Honolulu, Hawai'i, April 9, 2013.

Chief Judge

Associate Judge

Associate Judge